**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BISHNU C. BORAH, M.D., P.C. and BISHNU BORAH, M.D., | Civil Action |
| Plaintiffs, | Case No. 04-3617 |
| v. | |
| MONUMENTAL LIFE INSURANCE COMPANY, et. al. | |
| Defendants. | |

**ORDER DENYING MOTION TO DISMISS OF
MONUMENTAL LIFE INSURANCE COMPANY**

AND NOW, this __ day of _____, 2005, upon consideration of the motion dismiss of Monumental Life Insurance Company and related entities, it is hereby ORDERED that said motion is DENIED in its entirety.

_____
J.

1422805v1