IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BISHNU C. BORAH, M.D., P.C., and BISHNUE BORAH, M.D., Plaintiffs, v. MONUMENTAL LIFE INSURANCE CO., et al, | Civil Action No. 2:04-cv-03617-BMS |

**NOTICE OF MOTION TO DISMISS**

To: Steven J. Fram, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Attorney for the Plaintiffs

Please TAKE NOTICE that the Sea Nine Associates, through its undersigned counsel, respectfully moves the Court, pursuant to Rule 12(b)(5) and Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an Order Dismissing Plaintiffs' Complaint.

In support of this Motion, Sea Nine Associates relies upon the Memorandum of Law submitted with this Motion.

As more fully set forth in the Memorandum of Law, dismissal of Plaintiffs' Complaint without prejudice is warranted for the failure to serve within the time and in the manner provided in Fed. R. Civ. P. 12(b)(5) and Fed. R. Civ. P. 4. Additionally, the Plaintiffs have attempted to serve a complaint against a sole proprietorship where the sole proprietor died before the institution of the action.

In the alternative, if the Court does not dismiss this case based on failure to serve Sea Nine, Sea Nine moves to dismiss this case based on Fed R. Civ. P. 12(b)(6) for the failure to state a claim upon which relief can be granted. First, all of the claims are barred by the applicable statute of limitations. Second, the claims under the New Jersey Consumer Fraud Act and the New Jersey Racketeering Act must be dismissed because New Jersey law has no application in this matter. The specific grounds are set forth with greater specification in the Memorandum of Law.

WHEREFORE, for the reasons, Sea Nine Associates respectfully requests that Plaintiffs' Complaint be dismissed.

The Law Offices of Robert M. Bovarnick

By: /s/ Robert M. Bovarnick
Robert M. Bovarnick, Esquire
Two Penn Center, Suite 1310
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 568-4480

Dated: January 14, 2005          Attorney for Sean Nine Associates