# THE LAW OFFICES OF ROBERT M. BOVARNICK
TWO PENN CENTER PLAZA, SUITE 1310
1500 J.F.K. BOULEVARD
PHILADELPHIA, PA 19102
(215) 568-4480 (telephone)
(215) 827-5685 (facsimile)
rmb@rbovarnick.com
www.rbovarnick.com

January 14, 2005

**VIA ELECTRONIC FILING**

Michael E. Kunz, Clerk
US District Court for the Eastern District
Of Pennsylvania
601 Market Street
Philadelphia, PA 19103

      Re:    Bishnu C. Borah, et al. v. Monumental Life Insurance Company, et al.
               Case No. 04-3617

Dear Mr. Kunz:

This firm represents Defendants Sea Nine Associates, Steven Ross, Kenneth Elliot, Kae Consultants and Sylvia Calhoun Ross in the above referenced matter.

With respect to Defendant Sea Nine Associates, enclosed for filing are the following:

1. Notice of Motion to Dismiss Plaintiffs' Complaint;
2. Memorandum of Law in Support of Motion to Dismiss;
3. Proposed Order; and
4. Certification of Service.

With respect to Defendants Steven Ross, Kenneth Elliot, Kae Consultants and Sylvia Calhoun Ross enclosed for filing are the following:

1. Notice of Motion to Quash, Strike or Dismiss the Complaint;
2. Memorandum of Law in Support of Motion to Quash, Strike or Dismiss the Complaint;
3. Proposed Order; and
4. Certification of Service.

      I would appreciate it if you would send a confirmation to me of this ECF filing.  Thank you for your assistance in this matter.

                Sincerely,


                Robert M. Bovarnick

RMB/leb
Cc: Steven Fram, Esq. (w/encl.)
    Christopher Leise, Esq. (w/encl.)
    Charles L. Becker, Esq. (w/encl.)