IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BISHNU C. BORAH, M.D., P.C., : Civil Action No.
and BISHNUE BORAH, M.D., :
: 2:04-cv-03617-BMS
Plaintiffs, :
:
v. :
:
MONUMENTAL LIFE INSURANCE CO., :
et al, :
:

**ORDER**

AND NOW, this ____ day of _____, 2005, upon consideration of the Motion of Sea Nine Associates to Dismiss Plaintiffs' Complaint and Plaintiffs' response thereto,

It is hereby **ORDERED** and **DECREED** as follows:

1. The Motion to Dismiss Plaintiffs' Complaint of Sea Nine Associates for failure to properly serve is **GRANTED,** and the Complaint is hereby dismissed without prejudice;

2. The Motion to Dismiss Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XIII & XIV is **GRANTED** and the Complaint is hereby dismissed with prejudice.

BY THE COURT

_____
U.S.D.J.

Copies furnished to

Robert M. Bovarnick, Esquire
Two Penn Center, Suite 1310
1500 John F. Kennedy Blvd.
Philadelphia, PA  19102

Steven J. Fram, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Attorney for the Plaintiffs

Christopher Leise, Esquire,
White & Williams
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002
Attorney for Defendant Donald Murphy

Charles S. Becker, Esquire
Reed Smith, LLP
136 Main Street, Suite 250
Princeton, NJ 08540
Attorney for Defendant