IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BISHNU C. BORAH, M.D., P.C., and BISHNUE BORAH, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> MONUMENTAL LIFE INSURANCE CO., et al, | Civil Action No. <br><br> 2:04-cv-03617-BMS |

**CERTIFICATION OF SERVICE**

The undersigned counsel hereby certifies that on January 14, 2005 I caused a true and correct copy of the Motion to Dismiss of Sea Nine Associates together with the supporting Memorandum of Law and a Proposed Order, to be served *via* mail upon Plaintiff's counsel of record and defendants' counsel of record, addressed as follows:

Steven J. Fram, Esquire
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033
Attorney for the Plaintiffs

Christopher Leise, Esquire,
White & Williams
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002
Attorney for Defendant Donald Murphy

Charles S. Becker, Esquire
Reed Smith, LLP
136 Main Street, Suite 250
Princeton, NJ 08540
Attorney's for Defendant

                              The Law Offices of Robert M. Bovarnick

                          By:   /s/ Robert M. Bovarnick
                                  Robert M. Bovarnick, Esquire
                                  Two Penn Center Plaza, Suite 1310
                                  1500 J.F.K. Boulevard
                                  Philadelphia, PA 19102
                                  (215) 568-4480

                                  Attorney for Steven R. Ross, Kenneth Elliot, KAE
                                  Consultants, Silvia Calhoun Ross

Date:  January 14, 2005